```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-29-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

      Plaintiff,

 -against-          24-CR-305 (ALC)

               ORDER

JAVON SAMUELS,

      Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

  Status Conference is set for **June 6, 2024**, at **2:00 p.m**.

SO ORDERED.

Dated:  New York, New York
     May 29, 2024

               */s/ Andrew L. Carter, Jr.*
               **ANDREW L. CARTER, JR.**
               **United States District Judge**