**MEMO ENDORSED**

# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/2/24__

December 2, 2024

**BY ECF**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 1306
New York, New York 10007

Re: **United States v. Javon Samuels**
    **24-CR-305 (ALC)**

Dear Judge Carter,

Javon Samuels, through undersigned counsel, respectfully submits this letter in support of his request to modify the conditions of his pretrial release. Specifically, Mr. Samuels asks the Court to remove the home detention condition, and instead replace it with a curfew condition enforced by GPS monitoring, with hours to be set by pretrial services.

Undersigned counsel has conferred with both pretrial services and the government about this request. Pretrial services has no objection to the request and the government defers to pretrial services.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter, Jr.*
12/2/24