# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 3, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/3/24__

**BY ECF**

The Honorable Andrew L. Carter, Jr.
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 1306
New York, New York 10007

Re:   **United States v. Javon Samuels**
         **24-CR-305 (ALC)**

Dear Judge Carter,

    Javon Samuels, through undersigned counsel, respectfully submits this letter in support of his request to modify the conditions of his pretrial release. On December 2, 2024, the Court granted Mr. Samuels' request to remove the home detention condition, and instead replace it with a curfew condition enforced by GPS monitoring, with hours to be set by pretrial services. However, pretrial services now requests that the curfew condition be enforced by "location monitoring," with hours to be set by pretrial services.

    Undersigned counsel has conferred with the government about pretrial services' request, and the government has no objection to the amended language. Accordingly, Mr. Samuels asks the Court to amend his pretrial release condition to read: curfew enforced by location monitoring, with hours to be set by pretrial services.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

The application is **GRANTED**.
So Ordered.

*[signature]* 12/3/24

1