UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JAVON SAMUELS

                Defendant.

No. 24-cr-305 (ALC)

**ORDER**

      In anticipation of the oral argument in this case scheduled on February 6, 2025 at 1 p.m., the Court advises the Parties that they will each have 5 minutes for their opening arguments and will each have a 3 minute rebuttal. The Court may pose questions following the arguments.

SO ORDERED.

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 5, 2025
New York, NY