UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JAVON SAMUELS

                Defendant.

No. 24-cr-305 (ALC)

**ORDER**

      The Court adjourns the status conference in this case previously scheduled for April 10, 2025 at 3:30 p.m. The Parties are ORDERED to appear before the Court on **April 10, 2025 at 11:30 a.m**. The Parties are further advised that the status conference will be held in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

_/s/ Andrew L. Carter, Jr._
_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 13, 2025
New York, NY