USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-11-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

        -against-

JAVON SAMUELS,

                       Defendants.
------------------------------------------------------------------- x

24-CR-305 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The status conference scheduled for August 14, 2025, is adjourned to **3:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            August 11, 2025

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**