USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/17/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
UNITED STATES OF AMERICA,

24 Cr. 305 (ALC)

**ORDER**

-against-

JAVON SAMUELS,

--------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

The Status Conference set for September 18, 2025, is converted to a Change of Plea Hearing. It has been rescheduled to **4:00 p.m**.

SO ORDERED.

Dated: New York, New York
       September 17, 2025

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE