**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

JAVON SAMUELS,

--------------------------------------------------------X

24 Cr. 305 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The Change of Plea Hearing is adjourned to **September 23, 2025**, at **2:30 p.m.**

SO ORDERED.

Dated: New York, New York
       September 19, 2025

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/19/25