USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-9-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,          :
                                               :
                                               :
                                               :
           - v. -                                 :          24-CR-00305 (ALC)
                                               :
                                               :          **ORDER**
JAVON SAMUELS ,                        :
                                               :
                     **Defendant.**                :
                                               :
                                               :
------------------------------------------------------------------- :
                                               x

**ANDREW L. CARTER, JR., District Judge:**

Sentencing adjourned to **January 14, 2026**, at **3:00 p.m.**

**SO ORDERED.**

Dated:          **New York, New York**
                **January 9, 2026**

 

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**