USDC SDNY
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: *1-13-26*

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                       :

UNITED STATES OF AMERICA
                                                      :      CONSENT PRELIMINARY ORDER

          - v. -                           OF FORFEITURE AS TO

                                                       :      SPECIFIC PROPERTY

JAVON SAMUELS,

                                                       :      24 Cr. 305 (ALC)

            Defendant.

                                                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about May 13, 2024, JAVON SAMUELS (the "Defendant") was charged in an Indictment, 24 Cr. 305 (ALC) (the "Indictment"), with possession of ammunition after a felony conviction in violation of Title 18, United States Code, Section 922(g)(1) and 2;

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), of any and all firearms and ammunition involved in or used in the offense charged in Count One of the Indictment, including but not limited to one .380 ACP cartridge case;

WHEREAS, on or about September 23, 2025, the Defendant pled guilty to Count One of the Indictment pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, all right, title and interest of the Defendant in the specific property, one .380 ACP cartridge case;

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the following property, which constitutes property involved in or used in the offenses charged in Count One of the Indictment, one .380 ACP cartridge case (the "Specific Property");

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.3(b)(3), and 32.3(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney William K. Stone, of counsel, and the Defendant and his counsel, Kristoff Williams, Esq., that:

1.      As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant JAVON SAMUELS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4.      Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site,

10.    The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____     _9/23/25_____
        WILLIAM K. STONE                                        DATE
        Assistant United States Attorney
        26 Federal Plaza
        New York, NY 10278
        (212) 637-2521

JAVON SAMUELS

By: _____     _9/23/25_____
        JAVON SAMUELS                                         DATE

By: _____     _9/23/25_____
        KRISTOFF WILLIAMS, ESQ.                         DATE
        Attorney for Defendant
        52 Duane Street, 10th Floor
        New York, NY 10007

SO ORDERED:

_____     _9/23/25_____
HONORABLE ANDREW L. CARTER                   DATE
UNITED STATES DISTRICT JUDGE