# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 6, 2026

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/10/26
```

The Honorable Andrew L. Carter, Jr.
Southern District of New York
United States Courthouse
40 Foley Square, Rm. 1306
New York, New York 10007

Re:    **United States v. Javon Samuels**
       **24-CR-305 (ALC)**

Dear Judge Carter,

Javon Samuels, through undersigned counsel, respectfully moves the Court for an order directing Pretrial Services to release Mr. Samuels' passport to the custody of the Federal Defenders of New York. Mr. Samuels was ordered to surrender his passport as part of the conditions of pretrial release. Now that Mr. Samuels has been sentenced, and is in custody, that condition is no longer necessary.

Undersigned counsel has conferred with the government about this request. The government has no objection to the return of Mr. Samuels' passport. Accordingly, Mr. Samuels respectfully asks the Court to grant his request.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

The application is **GRANTED**.
So Ordered.

3/10/26